UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALONER SAINTILLUS, | No. 2:23-cv-2138 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff requests leave to proceed in forma pauperis. As plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his request will be granted. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

/////

1    The court is required to screen complaints brought by prisoners seeking relief against a
2    governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The
3    court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally
4    "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek
5    monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

6    The court has reviewed plaintiff's complaint and finds that it fails to state a claim upon
7    which relief can be granted under federal law.  Plaintiff's complaint must be dismissed.  The
8    court will, however, grant leave to file an amended complaint.

9    If plaintiff chooses to amend the complaint, plaintiff must demonstrate how the conditions
10   complained of have resulted in a deprivation of plaintiff's federal rights.  See Ellis v. Cassidy,
11   625 F.2d 227 (9th Cir. 1980).  Also, in his amended complaint plaintiff must allege in specific
12   terms how each named defendant is involved.  There can be no liability unless there is some
13   affirmative link or connection between a defendant's actions and the claimed deprivation.  Rizzo
14   v. Goode, 423 U.S. 362 (1976).  Furthermore, vague and conclusory allegations of official
15   participation in civil rights violations are not sufficient.  Ivey v. Board of Regents, 673 F.2d 266,
16   268 (9th Cir. 1982).

17   Plaintiff is informed that the court cannot refer to a prior pleading in order to make
18   plaintiff's amended complaint complete.  Local Rule 220 requires that an amended complaint be
19   complete in itself without reference to any prior pleading.

20   The court notes that plaintiff has filed a number of motions for entry of default.  As no
21   defendant has been served with process, the motions are improper and will be denied.  See Fed.
22   R. Civ. P. 12 & 55.

23   Plaintiff seeks release from prison.  Plaintiff is informed that when a prisoner challenges
24   the legality of his custody and the relief he seeks is the determination of his entitlement to an
25   earlier or immediate release, his sole remedy is a writ of habeas corpus.  Preiser v. Rodriguez, 411
26   U.S. 475, 500 (1973).  If plaintiff's seeks release, he should initiate a separate habeas action.
27   /////
28   /////

Finally, plaintiff has filed other motions which are essentially frivolous and nonsensical. These motions will be denied and plaintiff is warned that if he continues to file frivolous motions or requests, sanctions will issue which may include dismissal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Taft Correctional Institution filed concurrently herewith.

3. Plaintiff's complaint is dismissed.

4. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

5. All motions for entry of default (ECF No. 9, 13, 16, 19, 21, 22) are denied.

6. Plaintiff's motion for release (ECF No. 14) is denied.

7. All other outstanding motions and requests (ECF No. 20, 23, 25, 26) are denied.

Dated: January 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sain2138.14