UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALONER SAINTILLUS, | No. 2:23-cv-2138 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On January 16, 2024, the court denied frivolous motions and requests brought by plaintiff and warned plaintiff that if he continues to waste the court's time with frivolous motions and requests, this action will be dismissed. Since that order was issued, plaintiff filed another frivolous motion on January 18, 2024. That motion, and another frivolous motion filed January 12, 2024, will be denied and plaintiff is again warned that if he continues filing frivolous motions, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow court orders.

Plaintiff continues to ask the court to serve defendants with process. Plaintiff is informed that service will not occur, if at all, until the screening process described in the court's January 16, 2024, order is complete.

Plaintiff also filed objections to the court's January 16, 2024, order which do not make sense. That filing is disregarded.

1

In accordance with the above, IT IS HEREBY ORDERED that motions filed by plaintiff on January 12, 2024 (ECF No. 29) and January 18, 2024 (ECF No. 33) are denied as frivolous. Plaintiff is warned that if he continues to file frivolous motions, the court will recommend that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow court orders.

Dated: January 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sain2138.14

2