UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHALONER SAINTILLUS,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. 2:23-cv-2138 WBS CKD P

ORDER

Plaintiff is a federal detainee proceeding pro se. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 29, 2024, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 29, 2024 are adopted in full; and

2. This action is dismissed without prejudice.

Dated:  April 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

sain2138.jo